UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Richard L. Potts, II, a single person<br><br>**Plaintiff,**<br>v.<br><br>Western Towing of Phoenix, Inc., a foreign corporation doing business in Arizona, Roadone West, Inc., a Delaware corporation, John Does I-X, Jane Does I-X, and Black & White Corporations I-V,<br><br>Defendants. | Case No.   2:11-CV-02383-PHX-SRB<br><br>ORDER FOR DISMISSAL OF CASE |

The Court has received Plaintiff's Status Report and Motion for Dismissal dated July 16, 2012.  Therefore, all parties having settled this matter, with GOOD CAUSE finding, it is hereby ORDERED that this matter be dismissed with prejudice.

Dated this 18th day of July, 2012.

_____
Susan R. Bolton
United States District Judge